Privileged And Confidential Attorney-Client Communication



**CULP ELLIOTT & CARPENTER, P.L.L.C.**
4401 Barclay Downs Drive, Suite 200
Charlotte, NC 28209
Federal ID 56-1355935

DATE: Oct 25, 2015
BILL #: 179136
FILE #: 31205_00005

Susan A. Butler
108 Cherokee Isle Court
Lexington, SC 29072

RE:   MARITAL AGREEMENT

FOR PROFESSIONAL SERVICES RENDERED THROUGH Oct 15, 2015

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 08/25/15 CLK | Telephone call with client concerning meeting and prenuptial agreement; follow up with client concerning meeting and prenuptial agreement | .20 | 110.00 |
| 08/26/15 CLK | Confer with client re: telephone conference | .10 | 55.00 |
| 08/27/15 CLK | Prepare for teleconference; detailed teleconference with client concerning marital agreement | 1.30 | 715.00 |
| 08/31/15 CLK | Confer with MHW re: draft of marital agreement; preliminary review of documents and follow up correspondence with client | 1.30 | 715.00 |
| 08/31/15 MWD | Confer with CLK to discuss structure and specific terms of marital agreement; review current information and consider options for mutual provisions based upon evolving circumstances; draft correspondence to client providing options and requesting information on open issues; confer with R. Taylor (US Trust) to gather information for financial disclosures; confer with SC family law attorney regarding effect of marriage on prior agreements; draft correspondence to client discussing question on financial disclosure | 4.75 | 1472.50 |
| 09/01/15 CLK | Confer with MHW re: financial disclosures | .10 | 55.00 |

Rosen&Hagood00854

```
Susan A. Butler                           Oct 25, 2015      PAGE   2
FILE NUMBER: 31205_00005
INVOICE NO.: 179136
```

| 09/01/15 MWD | Confer with US trust to gather information for financial disclosure | .55 | 170.50 |
|---|---|---|---|
| 09/02/15 MWD | Research regarding requirements for financial disclosure; analyze issues regarding adjusted ownership on home being built and additional real estate purchased in the future; research deed requirements and options for structuring re-valuation | 1.80 | 558.00 |
| 09/04/15 MWD | Begin drafting premarital agreement; analyze issues and dertermine missing information; contact client regarding the same | .75 | 232.50 |
| 09/08/15 CLK | Review questions re: marital agreement | .20 | 110.00 |
| 09/08/15 WLM | Consider structure of proposed premarital agreement based upon client desires | .55 | 178.75 |
| 09/08/15 MWD | Confer with client to discuss various aspects of agreement; analyze structure adjusting for considerations of joint ventures; draft correspondence to client regarding treatment of joint funds | 4.35 | 1348.50 |
| 09/09/15 CLK | Conference w MHW re: open issues re: draft of marital agreement | .80 | 440.00 |
| 09/09/15 MWD | Confer with CLK regarding agreement; research regarding financial disclosure requirements; first draft of agreement; consider custom language regarding LLC ownership in joint ventures; research regarding arbitration requirements and confer with WLM regarding the same; confer with R. Taylor with US trust regarding financials | 4.50 | 1395.00 |
| 09/09/15 ALD | Review re: South Carolina statutory provisions in premarital agreement | .50 | 120.00 |
| 09/09/15 ALD | Research re: South Carolina uniform arbitration act standards in premarital agreement | .60 | 144.00 |
| 09/10/15 CLK | Review marital agreement | .60 | 330.00 |

Rosen&Hagood00855

Susan A. Butler                                    Oct 25, 2015    PAGE    3
FILE NUMBER: 31205_00005
INVOICE NO.: 179136

09/10/15 WLM Review and revise draft premarital agreement;      2.90    942.50
             evaluate specific provisions of premarital
             agreement relating to division of Isle of
             Palms residence, definitions of separate and
             marital property, and allocation of assets in
             the event of divorce; evaluate compliance
             with South Carolina law

09/10/15 MWD Review and revise marital agreement; consider      5.90   1829.00
             issues regarding specific allocation and
             classification of residence in progress and
             separation of interest in joint ventures;
             draft correspondence with counsel regarding
             agreement and review; research related code
             sections for elective share, spousal support
             and waiver of each; review client financials
             for disclosure; draft correspondence to
             client regarding the same

09/11/15 WLM Finalize review of premarital agreement; meet      1.10    357.50
             with MHW regarding suggested revisions to
             draft premarital agreement

09/11/15 MWD Revise agreement per WLM review; consider          2.50    775.00
             issues regarding portability elections and
             financial disclosure; also consider issues
             regarding beneficial interest in trust and
             property classification

09/12/15 CLK Close review of marital agreement                  1.40    770.00

09/14/15 CLK Confer w MHW concerning marital agreement           .30    165.00
             attachments; Manage review of marital agreement

09/14/15 MWD Review and revise marital agreement;               2.70    837.00
             incorporate revisions from CLK; research
             regarding various terms and provisions; send
             to client spouse's attorney

09/15/15 CLK Review final changes to marital agreement           .20    110.00

09/15/15 MWD Confer with K. Barth regarding structure of        2.40    744.00
             agreement; analyze and incorporate SC
             attorney revisions; confer with CLK regarding
             changes; draft explanatory correspondence to
             client regarding updates and notification
             regarding arbitration provisions

09/16/15 CLK Confirm status of Kelly counsel document review;    .20    110.00
             confirm final SC legal review

Rosen&Hagood00856

Susan A. Butler                                    Oct 25, 2015        PAGE    4
FILE NUMBER: 31205_00005
INVOICE NO.: 179136

09/17/15 CLK Close review and interchange between MHW and J      .30    165.00
             Brown concerning marital agreement

09/17/15 WLM Review and evaluate draft revisions to             .35    113.75
             premarital agreement based upon comments
             received from other attorney

09/17/15 MWD Negotiate terms of agreement with J. Brown;        2.10   651.00
             analyze issues and draft correspondence to
             counsel regarding the same; review and revise
             documents based upon negotiated terms

09/18/15 WLM Review and revise updated premarital               1.35   438.75
             agreement based upon recent changes requested
             by the parties; confer with MHW regarding the
             same

09/18/15 MWD Contact client's fiancӨs attorney regarding        5.45  1689.50
             outstanding issues and status update; contact
             client regarding the same; conference call with
             client to answer questions and discuss
             structural changes to benefit fiance'; analyze
             issues regarding updates; revise draft per
             discussion with client include incorporating
             spousal support provisions based upon years of
             marriage; change from source of funds to
             titling theory; further review of revisions to
             ensure the changes work with remainder of
             document and document structure; review with
             WLM for SC specific compliance; research
             regarding general enforceability issues; confer
             with client's fiancӨs attorney regarding the
             same

09/19/15 CLK Review final changes to marital agreement           .30    165.00

09/19/15 MWD Confer with client's finance's attorney             .95    294.50
             regarding final draft of agreement; confer
             with client regarding remaining questions and
             execution issues

                    TOTAL FEES . . . . . . . . . . . . . $      18307.25


COSTS INCURRED ON YOUR BEHALF:

09/30/15 Disbursement to - West Group Payment Center for                 26.14
         Westlaw research charge

Rosen&Hagood00857

Susan A. Butler                                    Oct 25, 2015      PAGE    5
FILE NUMBER: 31205_00005
INVOICE NO.: 179136


                    TOTAL COSTS. . . . . . . . . . . . $       26.14


                                                      ------------
          TOTAL FEES AND COSTS THIS STATEMENT. . . . . $     18333.39


          TOTAL DUE . . . . . . . . . . . . . . . . . . $     18333.39
                                                      ============


        ALL INFORMATION AND ENTRIES CONTAINED HEREIN ARE SUBJECT TO ATTORNEY-
             CLIENT PRIVILEGE AND CONSTITUTE ATTORNEY WORK PRODUCT

                  DUE UPON RECEIPT. INTEREST OF 1.5% PER MONTH
                  WILL ACCRUE ON BALANCES OVER 30 DAYS PAST DUE

                     PAYMENTS RECEIVED AFTER Oct 21, 2015
                     WILL BE REFLECTED ON YOUR NEXT STATEMENT

         BY ACCEPTANCE OF SERVICES CLIENT ACCEPTS TERMS OF CULP ELLIOTT &
         CARPENTER'S "CLIENT SERVICES POLICIES AND PROCEDURES", AS AMENDED
         FROM TIME TO TIME, A COPY OF WHICH MAY BE OBTAINED AT WWW.CECLAW.COM

Rosen&Hagood00858